*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stream TV Networks, Inc. and Technovative Media, Inc.<br>    Debtor(s) | Case No. 23–10763–mdc<br>Chapter 11 |
| Stream TV Networks, Inc., et al.<br>    Plaintiff | Adversary No. 23–00057–mdc |
| v. | |
| SHADRON L STASTNEY, et al.<br>    Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before September 13, 2023, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before September 18, 2023.

| | |
|---|---|
| Address of the clerk | Eastern District of Pennsylvania<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Name/Address of Plaintiff's Attorney | RAFAEL X. ZAHRALDDIN<br>Lewis Brisbois<br>500 Delaware Avenue<br>Ste 700<br>Wilmington, DE 19801 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



For The Court

Timothy B. McGrath
Clerk of Court

Date: August 14, 2023