IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,<br><br>Debtors. | Chapter 11<br><br>Case No.: 23-10763 (MDC)<br><br>**Jointly Administered Chapter 11** |
| In re:<br><br>STREAM TV NETWORKS, INC., et al.,<br>Plaintiffs,<br><br>v.<br><br>SHADRON L SASTNEY, et al.,<br>Defendants. | Adversary No.: 23-00057-mdc |

**CERTIFICATE OF SERVICE RE SUMMONS AND COMPLAINT**

I, Tinamarie Feil, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On August 21, 2023, at the direction of Lewis Brisbois Bisgaard & Smith LLP, counsel to the Debtors/Plaintiffs, copies of the above referenced documents were served on the U.S. based parties listed on the attached Exhibit A via the modes of service indicated therein:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 22nd day of August 2023.

_/s/ Tinamarie Feil_
Tinamarie Feil

Stream TV Networks, Inc. et al v. STASTNEY et al
Adv. 23-00057 (Main case 23-10763)
EXHIBIT A

| Job ID | Name and Address of Served Party | Mode of Service | Certified Tracking No. |
|---|---|---|---|
| 10509 | Asaf Gola, 226 East 70th Street, Apt. 4E, New York, NY 10021 | Certified/RRR & First Class | 9414711206203006545417 |
| 10509 | Hawk Investment Holdings Ltd.,, Aaron S. Rothman, as Collateral Agent, 300 S. Tryon St., Ste. 1000, Charlotte, NC 28202 | Certified/RRR & First Class | 9414711206203006595634 |
| 10509 | K&L GATES LLP, Steven L. Caponi; Megan E. O'Connor, (RE: Hawk Investment Holdings Ltd.), 600 King Street, Suite 901, Wilmington, DE 19801 | Certified/RRR & First Class | 9414711206203006594989 |
| 10509 | K&L Gates LLP, Thomas A. Warns, (RE: Hawk Investment Holdings Ltd), 599 Lexington Avenue, New York, NY 10022 | Certified/RRR & First Class | 9414711206203006597539 |
| 10509 | QUARLES & BRADY LLP, Catherine Guastello Allen, Esq., (RE: SLS Holdings VI, LLC), 1701 Pennsylvania Avenue NW, Suite 700, Washington, DC 20006 | Certified/RRR & First Class | 9414711206203006546032 |
| 10509 | QUARLES & BRADY LLP, Sargina Desargones, Esq., (RE: SLS Holdings VI, LLC), One Renaissance Square, Two North Central Avenue Suite 600, Phoenix, AZ 85004 | Certified/RRR & First Class | 9414711206203006571461 |
| 10509 | ROBINSON & COLE LLP, D L Wright;K M Fix;R M Messina, (RE: SLS Holdings VI, LLC), 1650 Market Street, Suite 3030, Philadelphia, PA 19103 | Certified/RRR & First Class | 9414711206203006597836 |
| 10509 | SeeCubic Inc, Skadden,Arps,Slate,Meagher&Flom LLP, 500 Boylston St, Boston, MA 02116 | Certified/RRR & First Class | 9414711206203006544861 |
| 10509 | SeeCubic Inc., Shadron Stastney, CEO, (RE: SeeCubic Inc), 667 Madison Ave., Floors 4 & 5, New York, NY 10055 | Certified/RRR & First Class | 9414711206203006592657 |
| 10509 | Shadron Stastney, 392 Taylors Mill Road, Marlboro, NJ 07746-2474 | Certified/RRR & First Class | 9414711206203006515908 |
| 10509 | Skadden,Arps,Slate,Meagher&Flom LLP, James J. Mazza, Jr;J M Winerman, (RE: SeeCubic, Inc), Rebecca L. Ritchie, 155 N. Wacker Drive, Chicago, IL 60606-1720 | Certified/RRR & First Class | 9414711206203006590608 |
| 10509 | Skadden,Arps,Slate,Meagher&Flom LLP, Joseph O. Larkin, Esq., (RE: SeeCubic, Inc), One Rodney Square, 920 N. King St, Wilmington, DE 19801 | Certified/RRR & First Class | 9414711206203006577609 |
| 10509 | SLS Holdings VI, LLC, Brittany S. Ogden, Quarles & Brady LLP, 33 East Main Street, Suite 900, Madison, WI 53703 | Certified/RRR & First Class | 9414711206203006598802 |