# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Misc. No. _____

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>    Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,<br><br>    Plaintiffs,<br>v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), DELAWARE and OTHER LAW FIRMS representing and acting in concert with John Doe(s) and/or Jane Doe(s), INVESTMENT BANKS employed by John Doe(s) and/or Jane Doe(s), PATRIC THEUNE, and SEECUBIC B.V.,<br>    Defendants. | Adv. No. 23-00057 |

## ORDER WITHDRAWING THE REFERENCE TO THE BANKRUPTCY COURT

AND NOW, this ____ day of _____, 2023, upon consideration of Motion of Stream TV Networks, Inc. ("Stream" and the "Company") and Technovative Media, Inc. (Technovative") and collectively with Stream, the "Plaintiffs" or "Debtors") for Withdrawal of Reference; and the Court having considered the papers submitted in opposition thereto, if any; and

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

128711280.1

oral argument, if any, having been heard; and good cause appearing:

It is hereby **ORDERED** that Debtors" Motion be and hereby is **GRANTED**; and

**IT IS FURTHER ORDERED** that the reference of this adversary proceeding to the United States Bankruptcy Court for the Eastern District of Pennsylvania is hereby **WITHDRAWN.**

_____

128711280.1