# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>    Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,<br><br>    Plaintiffs,<br>v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), DELAWARE and OTHER LAW FIRMS representing and acting in concert with John Doe(s) and/or Jane Doe(s), INVESTMENT BANKS employed by John Doe(s) and/or Jane Doe(s), PATRIC THEUNE, and SEECUBIC B.V.,<br><br>    Defendants. | Adv. No. 23-00057 (MDC) |

## NOTICE OF MOTION REQUESTING
## BRIEFING SCHEDULE AND RULE 26(f) CONFERENCE

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

129654560.1

PLEASE TAKE NOTICE that Plaintiffs Stream TV Networks, Inc., and Technovative Media, Inc., by and through their undersigned counsel, have filed their *Motion Requesting Briefing Schedule and Rule 26(f) Conference* with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

Date: September 21, 2023

> Respectfully submitted,
>
> /s/ Rafael X. Zahralddin
> Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
> **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
> 550 E. Swedesford Road, Suite 270
> Wayne, PA 19087
> Telephone: (302) 985-6000
> Facsimile: (302) 985-6001
> Rafael.Zahralddin@lewisbrisbois.com
>
> -and-
>
> Vincent F. Alexander (*pro hac vice*)
> **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
> 110 SE 6th Street, Suite 2600
> Fort Lauderdale, FL 33301
> Telephone: (954) 728-1280
> Facsimile: (954) 678-4090
> Vincent.Alexander@lewisbrisbois.com
>
> -and-
>
> Bennett G. Fisher (*pro hac vice*)
> **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
> 24 Greenway Plaza #1400
> Houston, TX 77046
> Telephone: (346) 241-4095
> Facsimile: (713) 759-6830
> Bennett.Fisher@lewisbrisbois.com
>
> *Counsel to the Debtors*