# EXHIBIT A

# (Proposed Schedule)

129634589.3

## **Briefing Schedule**

1. Deadline for Motion to Dismiss: **October 13, 2023**

2. Deadline for Opposition to Motion to Dismiss: **November 13, 2023**

3. Reply to Opposition to Motion to Dismiss: **November 30, 2023**

129634589.3