# **EXHIBIT A**

### **(Proposed Schedule)**

129634589.7

## **Briefing Schedule**

1. Deadline for Motion to Dismiss: **October 13, 2023**

2. Deadline for Opposition to Motion to Dismiss: **October 24, 2023**

3. Reply to Opposition to Motion to Dismiss: **November 6, 2023**

129634589.7