# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>　　　　Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>　　　　Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,<br><br>　　　　Plaintiffs,<br>v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), DELAWARE and OTHER LAW FIRMS representing and acting in concert with John Doe(s) and/or Jane Doe(s), INVESTMENT BANKS employed by John Doe(s) and/or Jane Doe(s), PATRIC THEUNE, and SEECUBIC B.V.,<br><br>　　　　Defendants. | Adv. No. 23-00057 (MDC) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION REQUESTING BRIEFING SCHEDULE AND RULE 26(F) CONFERENCE**

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015).  The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

129659226.1

This matter having come before the Court on the motion (the "Motion") of Plaintiffs, Stream TV Networks, Inc., and Technovative Media, Inc., (collectively, the "Plaintiffs"), seeking a briefing schedule and a Rule 26(f) Conference; and with good cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED for the reasons set forth herein in the Motion, pursuant to F.R.B.P. 9006(b)(1), Local Rule 7005-1(a) and Local Rule 9014-2(A)(14); and

2. The following briefing schedule is hereby Ordered;

    Deadline for Motion to Dismiss: **October 13, 2023**

    Deadline for Opposition to Motion to Dismiss: **October 24, 2023**

    Reply to Opposition to Motion to Dismiss: **November 6, 2023.**

    Rule 26(f) conference to be held by October 6, 2023

129659226.1