## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, a true and correct copy of the foregoing *Motion Requesting Briefing Schedule and Rule 26(f) Conference* was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Pennsylvania using the CM/ECF system. Notice of these filings will be sent to all parties authorized to receive electronic notice in this case.

/s/ *Rafael X. Zahralddin*
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)