# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>    Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,<br><br>    Plaintiffs,<br>v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), DELAWARE and OTHER LAW FIRMS representing and acting in concert with John Doe(s) and/or Jane Doe(s), INVESTMENT BANKS employed by John Doe(s) and/or Jane Doe(s), PATRIC THEUNE, and SEECUBIC B.V.,<br><br>    Defendants. | Adv. No. 23-00057 |

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

1

**ORDER SCHEDULING AN EXPEDITED HEARING ON DEBTORS' MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJINCTION**

**AND NOW**, this ___ day of September 2023, upon consideration of *Debtors' Motion for an Expedited Hearing on Debtors' Motion for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction*,

**WHEREAS**, Debtors are in need of an expedited resolution of their Motion for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction.

**WHEREAS**, it appearing that an expedited hearing is required, and pursuant to United States Bankruptcy Court for the Eastern of Pennsylvania Local Rules, it is hereby **ORDERED**:

1. A hearing shall be held to consider entry of an order on Debtors' Motion for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction at ___ am/pm on _____, 2023. The number to call into the Court is 877-336-1828 Access Code 7855846.

2. Service of this Order and the Motions must be made by ____ am/pm on _____, 2023, by telephonic and/or electronic means, and a certificate of service is to be filed by Debtors.

3. Objections to the relief sought in the Motion may be raised by creditors and interested parties at the hearing.

Dated:_____                    _____
                                                                                                MAGDELINE D. COLEMAN
                                                                                                United States Bankruptcy Judge

1