**EXHIBIT 1**

**From:** Chambers Judge Marston <Chambers_Judge_Marston@paed.uscourts.gov>
**Sent:** Thursday, September 28, 2023 3:29 PM
**To:** Rafael.Zahralddin@lewisbrisbois.com; Grugan, Terence M. <GruganT@ballardspahr.com>; McKee Vassallo, Emilia L. <McKeeVassalloE@ballardspahr.com>; joseph.larkin@skadden.com
**Subject:** Stream TV Networks, Inc. et al v. STASTNEY et al

⚠ **EXTERNAL**

Counsel,

Following Plaintiff's counsel phone call to Judge Marston's chambers requesting information regarding the filing of a motion for a temporary restraining order, the Court declines to provide legal guidance as to whether to file such motion with the Bankruptcy Court or with this Court. However, the Court notes that it has not yet ruled on the contested motion for withdrawal of reference filed in this matter.

Thank you,

Ava


Ava Barzegar, Law Clerk
Honorable Karen Spencer Marston
United States District Court, EDPA