# EXHIBIT A

**DEVLIN LAW FIRM LLC**
INTELLECTUAL PROPERTY LAW

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

May 12, 2023

**VIA CM/ECF**

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

      Re:    *Rembrandt 3D Holding Ltd v. Technovative Media, Inc., et al.*,
            C.A. No. 1:23-cv-00193-GBW

Dear Judge Williams:

    I am writing to inform the court that it is our understanding that Stream TV Networks, Inc. and the defendants, Hawk Investment Holdings, Ltd and SeeCubic, Inc. have agreed to reschedule the hearing in the Netherlands action where they are seeking control of the entity holding Rembrandt's trade secrets to June 28, 2023. Hawk Investment Holdings, Ltd has filed motions in the Stream TV Networks, Inc. bankruptcy case (No. 23-10763) and the Technovative Media, Inc. bankruptcy case (No. 23-10764) both in the Eastern District of Pennsylvania and the evidentiary hearing has been continued to May 22, 2023.

    Rembrandt is still pursuing its request for a Preliminary Injunction, but is informing the court that Rembrandt's original basis for its Motion for Temporary Restraining Order has been rescheduled from April 2023 the June 28, 2023, however, Rembrandt is still pursuing its request for a Preliminary Injunction.

                          Respectfully submitted,

                          Andrew DeMarco (No. 6736)

cc:    Clerk of the Court (via CM/ECF)
        All Counsel of Record (via CM/ECF)