**Robinson+Cole**

DAVIS LEE WRIGHT

1201 North Market Street, Suite 1406
Wilmington, DE 19801
Main (302) 516-1700
Fax (302) 516-1699
dwright@rc.com
Direct (302) 516-1703

Also admitted in District of Columbia,
New Jersey, New York and Pennsylvania

October 4, 2023

The Honorable Magdeline D. Coleman
Chief Judge
United States Bankruptcy Court
for the Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 202
Philadelphia, PA 19107

Re: *StreamTV Networks, Inc. & Technovative Media, Inc. v. Stastney, et al.*,
Adv. Proc. 23-00057-mdc (Bankr. E.D.P.A.)
*Order Scheduling an Expedited Hearing on Debtors' Motion For A TRO (Dkt. No. 33)*

Dear Judge Coleman:

In compliance with the *Order Scheduling an Expedited Hearing on Debtors' Motion for a Temporary Restraining Order* (Dkt. No. 33) (the "Order"), SLS VI, LLC ("SLS") respectfully submits this letter setting forth its position that the Court can schedule the October 6, 2023, hearing (the "Hearing") on the *Debtors' Motion for a Temporary Restraining Order* (the "TRO Motion") as a telephonic hearing.

SLS takes the position that Debtors have failed to plead any factual allegations of wrongdoing or conduct *by SLS* and intends to file its responsive brief to the TRO Motion per the deadline set in the Order.

As it relates to the evidentiary hearing, *as to SLS* there are no disputed facts that will require evidence at the Hearing. SLS does not intend to put forth any documents and/or witnesses as it is taking the position, as previously noted, that the Debtors have failed to set forth a claim against SLS; meaning, SLS is not an interested party as to the TRO Motion. Notwithstanding, SLS expressly reserves the right to rely on any exhibits, declarations, or testimony, to cross-examine witnesses or declarants, or to challenge the Declarations of Mathu Rajan and Bud Robertson (filed as exhibits to Debtors' motion) or alleged facts asserted therein, entered or adduced during the

27984089-v1

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP

**Robinson+Cole**

October 4, 2023
Page 2


Hearing.  SLS further reserves the right to impeach any declarants or other witnesses offered by any other party at the Hearing.


Respectfully submitted,

*/s/ Davis Lee Wright*
Davis Lee Wright
PA Bar I.D. 90926