## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4 2023, a true and correct copy of the foregoing *Notice of Update in Response to the Court's Request for Evidentiary Hearing Regarding Debtor's Motion for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction* was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Pennsylvania using the CM/ECF system. Notice of these filings will be sent to all parties authorized to receive electronic notice in this case.

                                              */s/ Rafael X. Zahralddin*
                                              Rafael X. Zahralddin-Aravena (PA Bar No. 71510)

129654237.1