# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC., *et al.,*<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-10763 (MDC) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S),<br><br>Defendants. | Adv. Case No. 23-00057 (MDC) |

## STATEMENT OF SHADRON STASTNEY AND JOINDER TO SEECUBIC INC.'s NOTICE REGARDING THE OCTOBER 6, 2023 HEARING

Pursuant to Paragraph 3 of the Court's October 3, 2023 *Order Scheduling an Expedited Hearing on Debtors' Motion for a Temporary Restraining Order* (Docket No. 33), Defendant Shadron Stastney – who will be filing a response to the Motion – states that the allegations and claims set forth in the Motion fails to plead any factual allegations of wrongdoing or state any claims against Mr. Stastney in his individual capacity. Nevertheless, Mr. Stastney joins in *SeeCubic, Inc.'s Notice Regarding October 6, 2023 Hearing* (Docket No. 35) and reserves all

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

rights cross-examine declarants to the extent Debtors rely upon or otherwise seek to introduce into evidence the declarations of Mathu Rajan and Bud Robertson.

| | |
|---|---|
| Dated: October 4, 2023 | */s/ Margaret A. Vesper* |
| | Tobey M. Daluz (PA Bar No. 60685) |
| | Terence M. Grugan (PA Bar No. 307211) |
| | Emilia McKee Vassallo (PA Bar No. 318428) |
| | Margaret A. Vesper, Esquire (PA Bar No. 329793) |
| | BALLARD SPAHR LLP |
| | 1735 Market Street, 51st Floor |
| | Philadelphia, PA 19103-7599 |
| | Telephone: (215) 665-8500 |
| | Facsimile: (215) 864-8999 |
| | E-mail: daluzt@ballardspahr.com |
| | grugant@ballardspahr.com |
| | mckeevassalloe@ballardspahr.com |
| | vesperm@ballardspahr.com |

*Counsel to Shadron L. Stastney*

## CERTIFICATE OF SERVICE

I, Margaret A Vesper, hereby certify that, on this 4th day of October, 2023, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties registered to receive notice via CM/ECF.

Dated: October 4, 2023

*/s/ Margaret A. Vesper*
Margaret A. Vesper (PA Bar No. 329793)
BALLARD SPAHR LLP