**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>      Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>      Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,<br><br>      Plaintiffs,<br>v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), DELAWARE and OTHER LAW FIRMS representing and acting in concert with John Doe(s) and/or Jane Doe(s), INVESTMENT BANKS employed by John Doe(s) and/or Jane Doe(s), PATRIC THEUNE, and SEECUBIC B.V.,<br><br>      Defendants. | Adv. No. 23-00057 (MDC) |

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

130069631.1

# CERTIFICATION OF KEVIN F. SHAW IN
# SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Kevin F. Shaw, hereby certify as follows:

1. I am an associate with the law firm of Lewis Brisbois Bisgaard & Smith, LLP, located at 500 Delaware Avenue, Suite 700, Wilmington, DE 19801.

2. I am a member in good standing with the with the Bar of the State of Delaware, and also admitted to practice before the United States District Court for the District of Delaware.

3. I am a member in good standing in the jurisdiction for which I am admitted and/or a member, and I am not currently under suspension or subject to other disciplinary action.

4. I am seeking admission *pro hac vice* to practice before this Court for the purpose of appearing as counsel for Debtors, Stream TV Networks, Inc. and Technovative Media, Inc. (the "Debtors"), in the above-captioned bankruptcy case and any related adversary proceedings, pursuant to Local Bankruptcy Rule 2090-1(b) of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 5, 2023

/s/ *Kevin F. Shaw*
Kevin F. Shaw
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
Telephone: (302) 295-9436
Facsimile: (302) 985-6001
Kevin.Shaw@lewisbrisbois.com