## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served via the Court's CM/ECF filing and noticing system this 4th day of October, 2023, to all parties registered to receive electronic notices in this case.

<em>/s/ Rafael X. Zahralddin-Aravena</em><br>
Rafael X. Zahralddin-Aravena

130069560.1