# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Joint Objection of SLS Holdings VI, LLC, Shadron Stastney, SeeCubic, Inc., and Hawk Investment Holdings Ltd. to Plaintiffs' Motion Requesting Briefing Schedule and for Rule 26(f) Conference* was filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania on October 5, 2023 with notice sent electronically to all parties receiving electronic notices in this case pursuant to the local rules of this Court, and that no further notice or service is necessary.

*/s/ Davis Lee Wright*
Davis Lee Wright (No. 90926)
