**Exhibit A**

**Representing clients from coast to coast. View our locations nationwide. [lewisbrisbois.com]**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Sent:** Tuesday, October 3, 2023 5:22:18 PM
**To:** Brumme, Marley Ann <Marley.Brumme@skadden.com>
**Cc:** Alexander, Vincent <Vincent.Alexander@lewisbrisbois.com>; Fisher, Bennett <Bennett.Fisher@lewisbrisbois.com>; ademarco@devlinlawfirm.com <ademarco@devlinlawfirm.com>; Callahan, Kevin P. (USTP) <Kevin.P.Callahan@usdoj.gov>; Edel, Jon N. <Jon.Edel@klgates.com>; John.Schanne@usdoj.gov <John.Schanne@usdoj.gov>; Caponi, Steven L. <Steven.Caponi@klgates.com>; Rothman, Aaron S. <Aaron.Rothman@klgates.com>; margaret.westbrook_klgates.com <margaret.westbrook@klgates.com>; Warns, Tom A. <Tom.Warns@klgates.com>; Colby, Eben P <Eben.Colby@skadden.com>; Kodosky, Keith <Keith.Kodosky@lewisbrisbois.com>; Shaw, Kevin <Kevin.Shaw@lewisbrisbois.com>
**Subject:** Re: [EXT] RE: Hearing on TRO

I am asking the parties if they have thought on the Court's request for information to assist in whether she has to have a live or remote hearing (relating to evidentiary issues and the parties possible agreement on facts).

Rafael X. Zahralddin
302.545.2888
Sent from my iPhone

**Rafael Zahralddin**
**Partner**
Wilmington
302.985.6004 or x3026004

> On Oct 2, 2023, at 10:10 AM, Brumme, Marley Ann <Marley.Brumme@skadden.com> wrote:
>
> Ms. Godfrey,
>
> Given the schedule requested by the Debtors, we wanted to alert the Court now that SeeCubic, Inc. will shortly be filing an opposition to the Debtors' motion to expedite.
>
> Thank you,
>
> **Marley Ann Brumme**
> **Skadden, Arps, Slate, Meagher & Flom LLP**
> **T: +1.617.573.4861 | F: +1.617.305.4861**
> **marley.brumme@skadden.com**
>
> **From:** Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
> **Sent:** Sunday, October 1, 2023 11:03 AM
> **To:** Eileen Godfrey <Eileen_Godfrey@paeb.uscourts.gov>
> **Cc:** Alexander, Vincent <Vincent.Alexander@lewisbrisbois.com>; Fisher, Bennett <Bennett.Fisher@lewisbrisbois.com>; ademarco@devlinlawfirm.com; Callahan, Kevin P. (USTP) <Kevin.P.Callahan@usdoj.gov>; Edel, Jon N. <Jon.Edel@klgates.com>; John.Schanne@usdoj.gov; Caponi, Steven L. <Steven.Caponi@klgates.com>; Rothman, Aaron S. <Aaron.Rothman@klgates.com>; margaret.westbrook_klgates.com <margaret.westbrook@klgates.com>; Warns, Tom A. <Tom.Warns@klgates.com>; Colby, Eben P (BOS) <Eben.Colby@skadden.com>; Kodosky, Keith <Keith.Kodosky@lewisbrisbois.com>; Brumme, Marley Ann (BOS) <Marley.Brumme@skadden.com>
> **Subject:** [Ext] Hearing on TRO

Dear Ms. Godfrey,

We have filed a motion to expedite our hearing as well as the motion for a temporary restraining order, preliminary injunction, and permanent injunction.

These can be found at docket nos. 27, 28, and 29.

I send this email as a courtesy and follow up to my call on Friday for scheduling.

Thank you.



**Rafael Zahralddin**
**Partner**
Rafael.Zahralddin@lewisbrisbois.com

**T: 302.985.6004 F: 302.985.6001 M: 302.545.2888**

500 Delaware Avenue, Suite 700, Wilmington, DE 19801 | **LewisBrisbois.com [lewisbrisbois.com]**

**Representing clients from coast to coast. View our locations nationwide. [lewisbrisbois.com]**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Eileen Godfrey <Eileen_Godfrey@paeb.uscourts.gov>
**Sent:** Wednesday, September 6, 2023 10:01 AM
**To:** Edel, Jon N. <Jon.Edel@klgates.com>
**Cc:** Alexander, Vincent <Vincent.Alexander@lewisbrisbois.com>; Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>; Fisher, Bennett <Bennett.Fisher@lewisbrisbois.com>; ademarco@devlinlawfirm.com; Callahan, Kevin P. (USTP) <Kevin.P.Callahan@usdoj.gov>; John.Schanne@usdoj.gov; Caponi, Steven L. <Steven.Caponi@klgates.com>; Rothman, Aaron S. <Aaron.Rothman@klgates.com>; margaret.westbrook_klgates.com <margaret.westbrook@klgates.com>; Warns, Tom A. <Tom.Warns@klgates.com>; Colby, Eben P <Eben.Colby@skadden.com>; Brumme, Marley Ann <Marley.Brumme@skadden.com>
**Subject:** [EXT] RE: Stream - Continued Hearings (Park Application / Motion to Extend Exclusivity)


Correction the time for the hrg on 11/1 will be 12:00 p.m.

**From:** Edel, Jon N. <Jon.Edel@klgates.com>
**Sent:** Wednesday, September 6, 2023 8:56 AM
**To:** Eileen Godfrey <Eileen_Godfrey@paeb.uscourts.gov>
**Cc:** Alexander, Vincent <Vincent.Alexander@lewisbrisbois.com>; Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>; Fisher, Bennett <Bennett.Fisher@lewisbrisbois.com>; ademarco@devlinlawfirm.com; Callahan, Kevin P. (USTP) <Kevin.P.Callahan@usdoj.gov>; John.Schanne@usdoj.gov; Caponi, Steven L. <Steven.Caponi@klgates.com>; Rothman, Aaron S. <Aaron.Rothman@klgates.com>; margaret.westbrook_klgates.com <margaret.westbrook@klgates.com>; Warns, Tom A. <Tom.Warns@klgates.com>; Colby, Eben P <Eben.Colby@skadden.com>; Brumme, Marley Ann <Marley.Brumme@skadden.com>