**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Response of SLS Holdings VI, LLC to Debtors' Motion for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction* was filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania on October 5, 2023 with notice sent electronically to all parties receiving electronic notices in this case pursuant to the local rules of this Court, and that no further notice or service is necessary.

*/s/ Davis Lee Wright*
Davis Lee Wright (No. 90926)