## **CERTIFICATE OF SERVICE**

I, Margaret A Vesper, hereby certify that, on this 5th day of October, 2023, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties registered to receive notice via CM/ECF.

Dated: October 5, 2023

*/s/ Margaret A. Vesper*
Margaret A. Vesper (PA Bar No. 329793)
BALLARD SPAHR LLP