# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>　　　　Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>　　　　Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,<br><br>　　　　Plaintiffs,<br>v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), DELAWARE and OTHER LAW FIRMS representing and acting in concert with John Doe(s) and/or Jane Doe(s), INVESTMENT BANKS employed by John Doe(s) and/or Jane Doe(s), PATRIC THEUNE, and SEECUBIC B.V.,<br><br>　　　　Defendants. | Adv. No. 23-00057 |

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015).  The location of  the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

1

**ORDER TO REDUCE THE PERIOD TO PRODUCE REQUESTED DOCUMENTS IN CONNECTION WITH DEBTORS' MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION**

**AND NOW**, this ___ day of October 2023, upon consideration of *Debtors' Motion to Reduce the Period to Produce Requested Documents in Connection with Debtors' Motion for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction*,

**WHEREAS**, Debtors are in need of documents in connection with their currently pending *Motion for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction*,

**WHEREAS**, it appearing that Debtors have shown cause to reduce the period for Defendants to respond to Debtors' request for production of documents, and pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and United States Bankruptcy Court for the Eastern of Pennsylvania Local Rules, it is hereby **ORDERED**:

1. Defendants shall produce the documents listed in *Debtors' Request for Production of Documents in Connection with Debtors' Motion for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction* and furnish them to Debtors for inspection and copying by **Thursday, October 12, 2023, at 12:00pm (noon).**

2. Service of this Order and the Motion must be made by ____am/pm on _____, 2023, by telephonic and/or electronic means, and a certificate of service is to be filed by Plaintiffs.

Dated:_____                    _____
                                                          MAGDELINE D. COLEMAN
                                                          United States Bankruptcy Judge

1