**EXHIBIT B**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>      Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>      Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), DELAWARE and OTHER LAW FIRMS representing and acting in concert with John Doe(s) and/or Jane Doe(s), INVESTMENT BANKS employed by John Doe(s) and/or Jane Doe(s), PATRIC THEUNE, and SEECUBIC B.V.,<br><br>      Defendants. | Adv. No. 23-00057 (MDC) |

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF KEVIN F. SHAW

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

130069718.1

AND NOW, upon consideration of the Motion for Admission *Pro Hac* Kevin F. Shaw,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Kevin F. Shaw is hereby admitted to appear *pro hac vice* before the Court and to participate in the above-captioned bankruptcy case and any related adversary proceedings as counsel for Debtors, Stream TV Networks, Inc. and Technovative Media, Inc.

Date:        October 11, 2023

_____
MAGDELINE D. COLEMAN
United States Bankruptcy Judge

130069718.1 2