# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>(Jointly Administered)<br><br>Case No. 23-10763 (MDC) |
| STREAM TV NETWORKS, INC., and TECHNOVATIVE MEDIA, INC.<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), DELAWARE and OTHER LAW FIRMS representing and acting in concert with John Doe(s) and/or Jane Doe(s), INVESTMENT BANKS employed by John Doe(s) and/or Jane Doe(s), PATRICK THEUNE, and SEECUBIC B.V.,<br><br>　　　　Defendants. | A.P. No. 23-00057-mdc |

**ORDER GRANTING DEFENDANTS HAWK INVESTMENT HOLDINGS LIMITED AND ARTHUR LEONARD ROBERT MORTON'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION, FAILURE TO OBTAIN SERVICE, AND FOR FAILURE TO STATE A CLAIM**

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification number are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

Upon consideration of *Defendants Hawk Investment Holdings Limited and Arthur Leonard Robert Morton's Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction, Failure to Obtain Service, and for Failure to State a Claim* (the "Motion")[2] to dismiss the Complaint for lack of jurisdiction, failure to obtain service, and for failure to state claims upon which relief can be granted pursuant to Federal Rule of Bankruptcy Procedure 7012 and Local Bankruptcy Rule 7005-1, the Plaintiffs' opposition, and argument; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Complaint is DISMISSED WITH PREJUDICE.

3. The Court retains jurisdiction with respect to all matters arising out of or related to the implementation or enforcement of this Order.

Dated: _____

HONORABLE MAGDELINE COLEMAN
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Motion.