# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>(Jointly Administered)<br><br>Case No. 23-10763 (MDC) |
| STREAM TV NETWORKS, INC., and TECHNOVATIVE MEDIA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), DELAWARE and OTHER LAW FIRMS representing and acting in concert with John Doe(s) and/or Jane Doe(s), INVESTMENT BANKS employed by John Doe(s) and/or Jane Doe(s), PATRICK THEUNE, and SEECUBIC B.V.,<br><br>Defendants. | A.P. No. 23-00057-mdc |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Hawk Investment Holdings Ltd. ("Hawk") has filed *Defendants Hawk Investment Holdings Limited and Arthur Leonard Robert Morton's Motion to Dismiss Plaintiffs' Complaint*

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification number are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

1

*for Lack of Personal Jurisdiction, Failure to Obtain Service, and For Failure to State a Claim* (the "Motion")—including accompanying Brief and Declaration (as defined in the Motion)—with the Court for the purposes of obtaining dismissal of the Plaintiff's Complaint filed in the above-captioned Adversary Proceeding, with prejudice.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney)**.

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the Court to consider your views on the Motion, then on or before **December 4, 2023 you or your attorney must file a response to the Motion, pursuant to Local Bankruptcy Rule 7005-1(b)**. (*see Instructions on next page*).

3. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

6. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

7. **If you are not required to file electronically**, you must file your response at 900 Market Street, # 400, Philadelphia, PA, 19107.

8. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

9. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Steven L. Caponi
K&L Gates LLP
600 King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
Email: steven.caponi@klgates.com

Dated: November 13, 2023        **K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 91881)
Megan E. O'Connor
K&L Gates LLP
600 King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
Email: steven.caponi@klgates.com
          megan.oconnor@klgates.com


*/s/ Margaret R. Westbrook*
Margaret R. Westbrook
Aaron S. Rothman

        Jonathan N. Edel
        K&L Gates LLP
        300 South Tryon Street, Suite 1000
        Charlotte, NC 28202
        Telephone:  (704) 331-7400
        Email: margaret.westbrook@klgates.com
             aaron.rothman@klgates.com
             jon.edel@klgates.com

*Attorneys for Hawk Investment Holdings Ltd. and Arthur Leonard Robert Morton*