**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.<br>and Technovative Media, Inc.,<br><br>    Debtors.[1] | Chapter 11<br><br>Bankr. Case No. 23-10763 (MDC) |
| Stream TV Networks, Inc., et al.<br><br>    Plaintiffs<br>  v.<br><br>Shadron L. Stastney, *et al*.<br><br>    Defendants. | Adv. Case No. 23-00057 (MDC) |

## SEECUBIC, INC.'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure made applicable by Federal Rules of Bankruptcy Procedure 7008, 7009, and 7012, Defendant SeeCubic, Inc. ("SeeCubic") hereby moves this Court for an Order dismissing Debtors' Complaint. In support of this Motion, SeeCubic incorporates herein its accompanying Memorandum of Law.

WHEREFORE, SeeCubic requests that the Court enter the proposed Order and dismiss Debtors' Complaint with Prejudice.

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

| | |
|---|---|
| Dated: November 13, 2023 | Respectfully submitted, |
| | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| | */s/     Joseph O. Larkin* |
| | Joseph O. Larkin (I.D. No. 206047) |
| | 920 N. King Street, One Rodney Square |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-3000 |
| | Facsimile: (302) 651-3001 |
| | |
| | - and - |
| | |
| | James J. Mazza, Jr. (admitted *pro hac vice*) |
| | Justin M. Winerman (admitted *pro hac vice*) |
| | Rebecca L. Ritchie (admitted *pro hac vice*) |
| | 155 North Wacker Drive |
| | Chicago, Illinois 60606-1720 |
| | Telephone: (312) 407-0549 |
| | Facsimile: (312) 407-8641 |
| | |
| | - and - |
| | |
| | Eben P. Colby (admitted *pro hac vice*) |
| | Marley Ann Brumme (admitted *pro hac vice*) |
| | 500 Boylston Street, 23rd Floor |
| | Boston, Massachusetts 02116 |
| | Telephone: (617) 573-4800 |
| | Facsimile: (617) 573-4822 |
| | |
| | *Counsel for SeeCubic, Inc.* |