# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.<br>and Technovative Media, Inc.,<br><br>Debtors.[2] | Chapter 11<br><br>Bankr. Case No. 23-10763 (MDC) |
| Stream TV Networks, Inc., et al.<br><br>Plaintiffs<br>v.<br><br>Shadron L. Stastney, *et al*.<br><br>Defendants. | Adv. Case No. 23-00057 (MDC) |

## **PROPOSED ORDER**

AND NOW this ___ day of November, 2023, upon consideration of SeeCubic's Motion to Dismiss the Complaint, and any response thereto, IT IS HEREBY ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED that the Counts I, II, III, IV, VII, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX as asserted in the Complaint (Doc. No. 1) against SeeCubic are DISMISSED WITH PREJUDICE.

BY THE COURT,

_____

COLEMAN, J.

Dated: _____

---

[2] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.