IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC., *et al.*,<br><br>　　　　　Debtors.[1] | Chapter 11<br><br>Bankr. Case No. 23-10763 (MDC) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), PATRIC THEUNE, SEECUBIC B.V.,<br><br>　　　　　Defendants. | Adv. Case No. 23-00057 (MDC) |

## SHADRON STASTNEY'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure made applicable by Federal Rules of Bankruptcy Procedure 7008, 7009, and 7012, Shadron Stastney ("Mr. Stastney") hereby moves this Court for an Order dismissing Plaintiffs' Complaint (Docket No. 1). In support of this Motion, Mr. Stastney incorporates herein his accompanying Memorandum of Law

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

WHEREFORE, Mr. Stastney requests that the Court enter the proposed Order and dismiss Plaintiffs' Complaint with Prejudice.

Dated: November 13, 2023

/s/ *Margaret A. Vesper*
Tobey M. Daluz (No. 60685)
Terence M. Grugan (No. 307211)
Emilia McKee Vassallo (No. 318428)
Margaret A. Vesper (No. 329793)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
E-mail: daluzt@ballardspahr.com
grugant@ballardspahr.com
mckeevassalloe@ballardspahr.com
vesperm@ballardspahr.com

*Counsel for Defendant Shadron L. Stastney*