# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| STREAM TV NETWORKS, INC., *et al.*, | Bankr. Case No. 23-10763 (MDC) |
| Debtors. | |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC., | Adv. Case No. 23-00057 (MDC) |
| Plaintiffs, | |
| v. | |
| SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), PATRIC THEUNE, SEECUBIC B.V., | |
| Defendants. | |

## PROPOSED ORDER

AND NOW this ___ day of November, 2023, upon consideration of Shadron Stastney's Motion to Dismiss the Complaint, and any response thereto, IT IS HEREBY ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED that the Counts I, II, V, VI, VII, IX, X, XI, XIV, XVI, XVII, XVIII, XIX as asserted in the Complaint (Docket No. 1) against Shadron Stastney are DISMISSED WITH PREJUDICE.

Dated: _____

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge