# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 23-10763 (MDC) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,<br><br>Plaintiffs,<br>v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), PATRIC THEUNE, SEECUBIC B.V.,<br><br>Defendants. | Adv. Case No. 23-00057 (MDC) |

## CERTIFICATE OF SERVICE

I, Margaret A Vesper, hereby certify that, on this 13th day of November, 2023, I caused a true and correct copy of the foregoing pleading to be to be served by electronic notice upon all parties registered to receive notice via CM/ECF.

Dated: November 13, 2023

                                              */s/ Margaret A. Vesper*
                                              Margaret A. Vesper (PA Bar No. 329793)
                                              BALLARD SPAHR LLP