# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stream TV Networks, Inc.,[1]<br><br>Debtor. | Chapter 11<br>Bankruptcy No. 23-10763-mdc |
| In re:<br>Technovative Media Inc.,<br><br>Debtor. | Chapter 11<br>Bankruptcy No. 23-10764-mdc<br><br>(Jointly Administered) |
| Stream TV Networks, Inc., et al.<br>    Plaintiffs,<br><br>v.<br><br>Shadron L. Stastney, et al.<br>    Defendants. | Adversary No. 23-00057-mdc |

## SLS HOLDINGS VI, LLC'S MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(6), 9(b), and 8(a)

SLS Holdings VI, LLC ("SLS"), by and through its undersigned counsel, moves pursuant to Federal Rules of Civil Procedure 12(b)(6), 9(b), and 8(a), made applicable by Federal Rules of Bankruptcy Procedure 7008, 7009, and 7012, to dismiss with prejudice the Original Complaint (the "Complaint") filed in the above-captioned proceeding by Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("TMI"; together with Stream, "Plaintiffs" or "Debtors"). In support of this Motion, SLS incorporates herein its accompanying Memorandum of Law.

---

[1] Plaintiffs or Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

1

QB\156338.00003\84781767.3

**WHEREFORE**, Defendant, SLS Holdings VI, LLC, respectfully requests that this Court enter the proposed Order, dismiss Plaintiffs' Complaint with prejudice, and grant such other relief as the Court deems just and proper.

Dated: November 13, 2023

Respectfully submitted,

**ROBINSON & COLE LLP**
*/s/ Davis Lee Wright*
Davis Lee Wright (No. 90926)
Katherine M. Fix (No. 314471)
Ryan M. Messina (No. 329835)
1650 Market Street
Suite 3030
Philadelphia, Pennsylvania 19103
Tel: (215) 398-0600
Fax: (215) 827-5982
Email: dwright@rc.com
kfix@rc.com
rmessina@rc.com

*Counsel for Defendant SLS Holdings VI, LLC*

QB\156338.00003\84781767.3