# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stream TV Networks, Inc.,[1]<br><br>Debtor. | Chapter 11<br>Bankruptcy No. 23-10763-mdc |
| In re:<br>Technovative Media Inc.,<br><br>Debtor. | Chapter 11<br>Bankruptcy No. 23-10764-mdc<br><br>(Jointly Administered) |
| Stream TV Networks, Inc., et al.<br>Plaintiffs,<br><br>v.<br><br>Shadron L. Stastney, et al.<br>Defendants. | Adversary No. 23-00057-mdc |

## PROPOSED ORDER

AND NOW this ___ day of _____, 2023, upon consideration of the Motion to Dismiss with Prejudice filed by SLS Holdings VI, LLC, and any response thereto, IT IS HEREBY ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED that Counts I, II, III, IV, VII, VIII, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, and XIX as asserted in the Complaint (Doc. No. 1) against SLS Holdings VI, LLC are DISMISSED WITH PREJUDICE.

BY THE COURT,

_____
COLEMAN, J.

---

[1] Plaintiffs or Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

1

QB\156338.00003\84781767.3