# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Stream TV Networks, Inc.,[1]<br><br>Debtor. | Chapter 11<br>Bankruptcy No. 23-10763-mdc |
| In re:<br>Technovative Media Inc.,<br><br>Debtor. | Chapter 11<br>Bankruptcy No. 23-10764-mdc<br><br>(Jointly Administered) |
| Stream TV Networks, Inc., et al.<br>        Plaintiffs,<br><br>v.<br><br>Shadron L. Stastney, et al.<br>        Defendants. | Adversary No. 23-00057-mdc |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania on November 13, 2023 with notice sent electronically to the Debtors, Plaintiffs, all counsel of record and parties receiving electronic notices in this case listed below pursuant to the local rules of this Court, and that no further notice or service is necessary.

STEVEN CAPONI - steven.caponi@klgates.com, alyssa.domorod@klgates.com; kay.laplante@klgates.com

ANDREW PETER DEMARCO - ademarco@devlinlawfirm.com, dlflitparas@devlinlawfirm.com

---

[1] Plaintiffs or Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

JOSEPH OLIVER LARKIN - joseph.larkin@skadden.com, christopher.heaney@skadden.com; wendy.lamanna@skadden.com; andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com

MARGARET ANN VESPER - vesperm@ballardspahr.com

RAFAEL X. ZAHRALDDIN - Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com; lewisbrisbois@ecfalerts.com

| | |
|---|---|
| Dated: November 13, 2023 | **ROBINSON & COLE LLP** |
| | */s/ Davis Lee Wright* |
| | Davis Lee Wright (No. 90926) |
| | Katherine M. Fix (No. 314471) |
| | Ryan M. Messina (No. 329835) |
| | 1650 Market Street |
| | Suite 3030 |
| | Philadelphia, Pennsylvania 19103 |
| | Tel: (215) 398-0600 |
| | Fax: (215) 827-5982 |
| | Email: dwright@rc.com |
| |       kfix@rc.com |
| |       rmessina@rc.com |
| | *Counsel to SLS Holdings VI, LLC* |