# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>STREAM TV NETWORKS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Bankr. Case No. 23-10763 (MDC) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), PATRIC THEUNE, SEECUBIC B.V.,<br><br>　　　　Defendants. | Adv. Case No. 23-00057 (MDC) |

## NOTICE OF MOTION, RESPONSE DEADLINES, AND HEARING DATE

On November 13, 2023, Shadron Stastney ("Mr. Stastney"), filed *Shadron Stastney's Motion to Dismiss the Complaint* (the "Motion") (Docket No. 91). The Motion seeks entry of an order dismissing Plaintiff's Complaint (Docket No. 1).

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. **(If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the Court to consider your views on the Motions, then on or before **December 4, 2023 you or your attorney must file a response to the Motions, pursuant to Local Bankruptcy Rule 7005-(b).** (*See Instructions on next page*).

3. **If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.**

4. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorneys whose name and address is listed on the next page of this Notice.

**Filing Instructions:**

6. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

7. **If you are not required to file electronically**, you must file your response at:

>   United States Bankruptcy Court
>   Eastern District of Pennsylvania
>   Clerk's Office
>   900 Market Street, Suite 400
>   Philadelphia, PA 19106

8. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 of this Notice.

9. **On the same day that you file or mail your response to the Motion, you must mail or deliver a copy of the Response to the Mr. Stastney's attorneys:**

>   Tobey M. Daluz
>   Terence M. Grugan
>   Emilia McKee Vassallo
>   Margaret A. Vesper
>   BALLARD SPAHR LLP
>   1735 Market Street, 51st Floor
>   Philadelphia, PA 19103-7599
>   E-mail: daluzt@ballardspahr.com
>   grugant@ballardspahr.com
>   mckeevassalloe@ballardspahr.com
>   vesperm@ballardspahr.com

Dated: November 13, 2023 /s/ *Margaret A. Vesper*
Tobey M. Daluz (No. 60685)
Terence M. Grugan (No. 307211)
Emilia McKee Vassallo (No. 318428)
Margaret A. Vesper (No. 329793)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
E-mail: daluzt@ballardspahr.com
grugant@ballardspahr.com
mckeevassalloe@ballardspahr.com
vesperm@ballardspahr.com

*Counsel for Defendant Shadron L. Stastney*

4