*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stream TV Networks, Inc. et al v. STASTNEY et al
    Debtor(s)

Case No: 23–00057–mdc

Chapter: 0

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Hearing Scheduled [100] Motion to Expedite Hearing for Rebuttal Witness to Appear Via Zoom at November 27, 2023 (related documents Complaint) Filed by SeeCubic, Inc. Represented by Joseph Oliver Larkin (Counsel) (related document(s)[1]) . Telephonic Hearing scheduled 11/22/2023 at 04:00 PM at Courtroom #2. (telephone number to call in is 877–336–1828 access code 7855846 (G., Eileen)

    on: 11/22/23

    at: 04:00 PM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/22/23

Timothy B. McGrath
Clerk of Court