**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br><br> Stream TV Networks, Inc. <br> and Technovative Media, Inc., <br><br> Debtors.[1] | Chapter 11 <br><br> Bankr. Case No. 23-10763 (MDC) |
| Stream TV Networks, Inc., et al. <br><br> Plaintiffs <br> v. <br><br> Shadron L. Stastney, et al. <br><br> Defendants. | Adv. Case No. 23-00057 (MDC) |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

On November 21, 2023, SeeCubic, Inc. ("**SeeCubic**") filed *SeeCubic, Inc.'s Expedited Motion for Rebuttal Witnesses to Appear via Zoom at November 27, 2023 Hearing* (the "**Motion**") (Docket No. 98). The Motion seeks an order from the Court that Messrs. Ad Luijks and Bart Barenbrug, SeeCubic's rebuttal witnesses, be permitted to testify via Zoom at the November 27, 2023 continued hearing on the TRO Motion and in the alternative, that the record on the TRO Motion be kept open and the in-person or remote testimony of Messrs. Luijks and Barenbrug be scheduled for a later date.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

---

[1] The Debtors, along with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (4092) and Technovative Media, Inc. (5015). The location of the Debtors' service address is 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the Court to consider your views on the Motion, then on or before **November 22, 2023 at 4:00 p.m. prevailing Eastern Time you or your attorney must file a response to the Motion, pursuant to Local Bankruptcy Rule 7005-1(b).** (*See instructions on next page.*)

3. **A hearing on the Motion** will be held on **November 22, 2023 at 4:00 p.m. prevailing Eastern Time** before the Honorable Magdeline D. Coleman. The hearing on this contested matter will be held telephonically by dialing (877) 336-1828 and entering passcode 7855846.

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at:

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    Clerk's Office
    900 Market Street, Suite 400
    Philadelphia, PA, 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 of this Notice.

10. **On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to SeeCubic's attorneys**:

    Joseph O. Larkin
    Eben P. Colby
    Marley Ann Brumme
    Skadden, Arps, Slate, Meagher & Flom LLP
    920 N. King Street, One Rodney Square
    Wilmington, Delaware 19801
    joseph.larkin@skadden.com
    eben.colby@skadden.com
    marley.brumme@skadden.com

Dated: November 22, 2023                      Respectfully submitted,

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/      Joseph O. Larkin*
Joseph O. Larkin (I.D. No. 206047)
920 N. King Street, One Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

- and -

James J. Mazza, Jr. (admitted *pro hac vice*)
Justin M. Winerman (admitted *pro hac vice*)
Rebecca L. Ritchie (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0549
Facsimile: (312) 407-8641

- and -

Eben P. Colby (admitted *pro hac vice*)
Marley Ann Brumme (admitted *pro hac vice*)
500 Boylston Street, 23rd Floor
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822

*Counsel for SeeCubic, Inc.*