## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania on November 22, 2023, with notice sent electronically to all parties receiving electronic notices in this case pursuant to the local rules of this Court, and that no further notice or service is necessary.

*/s/ Joseph O. Larkin*
Joseph O. Larkin