# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,[1]<br><br>    Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,<br><br>    Plaintiffs,<br>v.<br><br>SHADRON L. STASTNEY, SLS HOLDINGS VI, LLC, HAWK INVESTMENT HOLDINGS LIMITED, ARTHUR LEONARD ROBERT "BOB" MORTON, SEECUBIC, INC., ALASTAIR CRAWFORD, KRZYSZTOF KABACINSKI, KEVIN GOLLOP, ASAF GOLA, JOHN DOE(S), JANE DOE(S), DELAWARE and OTHER LAW FIRMS representing and acting in concert with John Doe(s) and/or Jane Doe(s), INVESTMENT BANKS employed by John Doe(s) and/or Jane Doe(s), PATRIC THEUNE, and SEECUBIC B.V.,<br><br>    Defendants. | Adv. No. 23-00057 |

---

[1] The Debtors, together with the last four digits of the Debtors' federal tax identification numbers, are Stream TV Networks, Inc. (…4092) and Technovative Media, Inc. (…5015). The location of the Debtors' service address is: 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103.

132297083.1

**REVISED WITNESS AND EXHIBIT LIST FOR HEARING ON DEBTORS' MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION**

The above captioned Debtors, Debtors in Possession, and Plaintiffs, ("Debtors") submit this revised witness and exhibit list for the hearing scheduled for **November 27, 2023, at 10:30 a.m. (ET)** ("Hearing") before the Honorable Magdeline D. Coleman, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, located at 900 Market Street, Suite 203, Philadelphia, Pennsylvania, 19807.

## WITNESSES

The Debtors designate the following persons as witnesses who may be called at the Hearing:

1. Mathu Rajan, Founder and CEO of StreamTv
2. Shadron Stastney, Executive Chairman of SeeCubic, Inc.
3. Charles Robertson, former officer of StreamTv
4. Chris Michaels, President and CEO of Brown & Michaels, PC

The Debtors also cross-designate all witnesses designated by any other party in connection with the Hearing, and reserve the right to call any necessary rebuttal or impeachment witnesses, including, but not limited to Klaus Banerjee.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Description |
|---|---|
| 1 | Philips License |
| 2 | Rembrandt License |
| 3 | License Covenant |

| | |
|---|---|
| 4 | SeeCubic Subscription Agreement |
| 5 | SeeCubic 2022 Private Placement Memorandum |
| 6 | SeeCubic 2020 Private Placement Memorandum |
| 7 | Stastney Deposition Transcript |
| 8 | Declaration of Mathu Rajan |
| 9 | Declaration of Charles Robertson |
| 10 | *SI Handling Sys. v. Heisley*, 753 F.2d 1244, 1264 (3d Cir. 1985) |
| 11 | *Par Pharm., Inc. v. Quva Pharma, Inc.*, 764 F. App'x 273, 279-80 (3d Cir. 2019) |
| 12 | *BP Chems. Ltd. v. Formosa Chem. & Fibre Corp.*, 229 F.3d 254, 263 (3d Cir. 2000) |
| 13 | *Ilapak, Inc. v. Young*, 2020 U.S. Dist. LEXIS 94550, at *15-17 (E.D. Pa. May 29, 2020) |
| 14 | *Middle E. Forum v. Reynolds-Barbounis*, 2021 U.S. Dist. LEXIS 4350, at *17 (E.D. Pa. Jan. 8, 2021) |
| 15 | *Razor Tech., LLC v. Hendrickson*, 2018 U.S. Dist. LEXIS 74918, at *29 (E.D. Pa. May 3, 2018) |
| 16 | *N. Am. Dental Mgmt., LLC v. Phillips*, 2023 U.S. Dist. LEXIS 122070 (W.D. Pa. July 14, 2023) |
| 17 | *Cont'l Grp., Inc. v. Amoco Chems. Corp.*, 614 F.2d 351 (3d Cir. 1980) |
| 18 | *Ritescreen Co., LLC v. White*, 2023 U.S. Dist. LEXIS 140983 (M.D. Pa. Aug. 11, 2023) |
| 19 | *Advanced Fluid Sys. v. Huber*, 958 F.3d 168 (3d Cir. 2020) |
| 20 | *In re StreamTv* June 27, 2023 Hearing Transcript |
| 21 | StreamTv TRO Power Point |
| 22 | *In re StreamTv* April 14, 2023 Hearing Transcript |
| 23 | *In re StreamTv* June 29, 2023 Hearing Transcript |
| 24 | SeeCubic et al September 12, 2023 Dutch Claim Amendment |
| 25 | Stastney SEC Violation Order |
| 26 | Morton Cold Shoulder |

132297083.1

| 27 | Stastney Employment Agreement |
|---|---|
| 28 | Google Purchase Order |
| 29 | Roughly Email |
| 30 | Banerjee Email |
| 31 | Google Inbound Services Agreement |
| 32 | Delaware Supreme Court En Banc Opinion |
| 33 | Delaware Supreme Court Mandate |
| 34 | Chancery Court TRO Granted to Stream |
| 35 | Chancery Court Partial Final Judgment per Rule 54(b) |
| 36 | Chancery Court Order Regarding Motion for Mandatory Injunction Final |
| 37 | Chancery Court Opinion on Emergency Motion to Enforce |
| 38 | SCI Email to Shareholders re CES |
| 39 | Hearing Transcript-Highlighted |
| 40 | Damvelt Email 1 |
| 41 | Damvelt Email 2 |
| 42 | SCI Website |
| 43 | Stream Website |
| 44 | Hawk Proof of Claim |
| 45 | SLS Proof of Claim |
| 46 | SeeCubic Inc Proof of Claim |
| 47 | Stastney Resolution (Release) |
| 48 | BOE Cooperation Agreement |
| 49 | Padillia Ruling |

132297083.1

| | |
|---|---|
| 50 | VSI Purchase Order 1 March 20, 2023 |
| 51 | VSI Purchase Order 2 April 11, 2023 |
| 52 | Cystar Purchase Order |
| 53 | Southern Telecom Purchase Order |
| 54 | SeeCubic BV-Stream Note |
| 55 | Ultra D-Stream Note 1 December 2012 |
| 56 | Ultra D-Stream Note 2 December 2016 |
| 57 | Arstechnica News Article |
| 58 | Huff Post Article |
| 59 | CES MTV Article |
| 60 | SeeCubic Website as of 10-27-2023 |
| 61 | Excerpts Stream TRO Hearing Transcript from October 16, 2023 RE Hawk and Morton Connection |
| 62 | Court of Chancery 08.10.22 Order Granting Final Judgment Rule 54(b) Highlighted |
| 63 | Telephonic Oral Argument in Hawk v. Stream Transcript RE Morton Controls Hawk |
| 64 | Excerpts from Oral Argument in Court of Chancery Zoom Hearing Stream  SeeCubic RE SQO & MTE Transcript Highlighted |
| 65 | Court of Chancery Proposed Order with Laster Comments Highlighted |
| 66 | Philips License Amendment (as separate file) |
| 67 | AVS Forum Article |
| 68 | SeeCubic's Supplemental Brief in Opposition Highlighted |
| 69 | Informal Discovery from the Receiver |
| 70 | Transcript from October 16, 2023 TRO Hearing |
| 71 | SeeCubic 10-18-2023 Trademark Application |
| 72 | SeeCubic 2/16/2022 Trademark Assignment |

132297083.1

| | |
|---|---|
| 73 | SeeCube Trademark/Service Mark Statement of Use |
| 74 | Hawk Trademark Assignment 6/15/2022 Trademark |
| 75 | USPTO Trademark Assignment Abstract of Title |
| 76 | Declaration of Christopher A. Michaels |
| 77 | SeeCubic Trademark Filing With Stream Website Screengrabs |
| 78 | Stastney Signed USPTO SeeCubic Mark Application 5/26/20223 |
| 79 | SeeCube Trademark Status November 14, 2023 |
| 80 | USPTO – SeeCube Trademark Register (in commerce 9-30-2016) |
| 81 | September 18, 2022 Declaration of S. Blumenthal |
| 82 | August 18, 2017 Declaration of S. Blumenthal |
| 83 | January 20, 2010 email from B. Barenbrug to. S. Blumenthal |
| 84 | February 6, 2017 Declaration of B. Barenbrug |
| 85 | Non-Disclosure and Non-Circumvention Agreement |
| 86 | Motion to Intervene |
| 87 | Rembrandt's Legal Brief in Support of Its Motion to Intervene |

The Debtors also cross designate all exhibits designated by any other party in connection with the Hearing and reserve the right to use additional exhibits for rebuttal or impeachment purposes.

The Debtors reserve the right to amend or supplement this witness and exhibit list prior to the Hearing.

The Debtors reserve the right to use for any purpose any filings on the dockets or in the records of both this adversary proceeding and the main bankruptcy case.

132297083.1

Dated: November 25, 2023

Respectfully submitted,

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (302) 985-6000
Facsimile: (302) 985-6001
Rafael.Zahralddin@lewisbrisbois.com

-and-

Bennett G. Fisher (*pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
24 Greenway Plaza #1400
Houston, TX 77046
Telephone: (346) 241-4095
Facsimile: (713) 759-6830
Bennett.Fisher@lewisbrisbois.com

-and-

Keith Kodosky *(pro hac vice)*
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
600 Peachtree Street, NE, Suite 4700
Atlanta, GA 30308
Telephone: (404) 991-2183
Facsimile: (404) 467-8845
Keith.Kodosky@lewisbrisbois.com

*Counsel to the Debtors*