## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, a true and correct copy of the foregoing *Revised Witness and Exhibit List for Hearing on Debtor's Motion for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction* was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Pennsylvania using the CM/ECF system. Notice of these filings will be sent to all parties authorized to receive electronic notice in this case.

*/s/ Rafael X. Zahralddin*
Rafael X. Zahralddin-Aravena (PA Bar No. 71510)

132303065.1