United States Bankruptcy Court

Eastern District of Pennsylvania

Stream TV Networks, Inc.,
    Plaintiff

STASTNEY,
    Defendant

Adv. Proc. No. 23-00057-mdc

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Feb 28, 2024      Form ID: pdf900      Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| aty | + | EBEN P. COLBY, Skadden, Arps, Slate, Meagher & Flom LLP, 500 Boylston Street, 23rd Floor, Bosom, MA 02116-3740 |
| aty | + | MARLEY ANN BRUMME, Skadden, Arps, Slate, Meagher & Flom LLP, 500 Boylston Street, 23rd Floor, Boston, MA 02116-3740 |
| clagnt | + | BMC Group, Inc., Attn: Tinamarie Feil, 600 1st Avenue, Seattle, WA 98104-2210 |
| ptnr | + | Keith Kodosky, Lewis Brisbois Bisgaard & Smith, 600 Peachtree Street, ste 4700, Atlanta, GA 30308-2343 |
| dft | + | SLS Holdings VI, LLC, c/o Davis Lee Wright, ROBINSON & COLE LLP, 1650 Market Street, Suite 3030, Philadelphia, PA 19103-7223 |
| pla | + | Stream TV Networks, Inc., 2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103-3307 |
| pla | + | Technovative Media, Inc., 2009 Chestnut Street, 3rd Floor, Philadephia, PA 19103-3307 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Feb 29 2024 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 29 2024 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 29 2024 00:32:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| dft | | ALASTAIR CRAWFORD |
| dft | | ASAF GOLA |
| dft | | DELAWARE and OTHER LAW FIRMS representing and acti |
| dft | | INVESTMENT BANKS employed by John Doe(s) and/or Ja |
| dft | | JANE DOE(S) |
| dft | | JOHN DOE(S) |
| dft | | KEVIN GOLLOP |
| dft | | KRZYSZTOF KABACINSKI |
| dft | | PATRIC THEUNE |
| dft | | SEECUBIC B.V. |

TOTAL: 10 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW PETER DEMARCO | on behalf of Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com dlflitparas@devlinlawfirm.com |
| DAVIS LEE WRIGHT | on behalf of Defendant SLS Holdings VI LLC dwright@rc.com |
| Joseph Oliver Larkin | on behalf of Defendant SeeCubic Inc. joseph.larkin@skadden.com, christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com |
| MARGARET ANN VESPER | on behalf of Defendant SHADRON L STASTNEY vesperm@ballardspahr.com |
| MICHAEL D. VAGNONI | on behalf of William A Homony michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| RAFAEL X. ZAHRALDDIN | on behalf of Plaintiff Stream TV Networks Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com |
| RAFAEL X. ZAHRALDDIN | on behalf of Plaintiff Technovative Media Inc. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com |
| Steven Caponi | on behalf of Defendant HAWK INVESTMENT HOLDINGS LIMITED steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com |
| Steven Caponi | on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON steven.caponi@klgates.com alyssa.domorod@klgates.com;kay.laplante@klgates.com |

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **Stream TV Networks, Inc.,** *et al.* | Bankruptcy No. 23-10763 (MDC) |
| Debtors. | (Jointly Administered) |
| **STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC,** | |
| Plaintiffs, | |
| v. | Adversary No. 23-0057 (MDC) |
| **SHADRON L. STASTNEY,** *et al.*, | |
| Defendants. | |

**ORDER FURTHER EXTENDING ALL RESPONSIVE PLEADING DEADLINES**

 **AND NOW** this Court having entered an Order on January 5, 2024 (the "Trustee Appointment Order"), directing the United States Trustee's Office (the "UST") to immediately commence the process of appointing a chapter 11 trustee in the above-captioned jointly administered bankruptcy cases (the "Bankruptcy Cases").[1]

 **AND** on January 9, 2024, the United States Trustee appointed William A. Homony (the "Trustee") to serve as the chapter 11 trustee in the Bankruptcy Cases.[2]

 **AND** on January 10, 2024, this Court entered an Order extending all current deadlines in the Bankruptcy Cases and the above captioned Adversary Proceeding for 30 days from the January 10, 2024, subject to further extension *sua sponte* or upon motion and a hearing.[3]

---

[1] Bankr. Docket No. 549.
[2] Bankr. Docket No. 554.
[3] Bankr. Docket No. 556.

4859-2599-7986 v1

**AND** on January 24, 2024, this Court conducted a status hearing wherein, *inter alia*, counsel to the Trustee indicated that, based upon the voluminous nature of the proceedings in Bankruptcy Court, the United States District Court for the Eastern District of Pennsylvania and the Delaware Chancery Court, the Trustee would need additional time to review pleadings and other documents in order to determine the best course of action for the Debtors' bankruptcy estates and therefore, a further extension of the deadlines in the Bankruptcy Cases and the Adversary Proceeding was desirable and necessary.

**AND** counsel to the Trustee having consulted with the parties present at the status conference about the contents of this Order.

It is hereby **ORDERED, ADJUDGED, AND DECREED** that all current deadlines in the Bankruptcy Cases and the Adversary Proceeding are hereby **EXTENDED** until further order of this Court, and it is further

**ORDERED** that the temporary restraining order entered on January 5, 2024 [Adversary D.N. 119] in the above captioned adversary proceeding is hereby **EXTENDED** to until May 10, 2024 and the Final Hearing shall be held on **May 10, 2024, at 10:30 a.m. (ET) in Bankruptcy Courtroom No. 2, Robert N.C. Nix Federal Building, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania**, and it is further

**ORDERED** that a further status hearing shall be held in these cases on **March 6, 2024 at 2:00 p.m., by video conference on ZOOMGOV.com** with Meeting ID: 161 084 7924 and Passcode: 837172.

Dated:    February 28, 2024

_____
The Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge