**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc., *et al*. | Case No. 23-10763-MDC |
| Debtors. | (Jointly Administered) |
| STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC., | |
| Plaintiffs, | Adversary No. 23-00057 (MDC) |
| v. | |
| SHADRON L. STASTNEY, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys set forth below, hereby appear as litigation counsel for William A. Homony, Chapter 11 Trustee (the "Trustee"), and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that an entry be made on the Clerk's Service List, in the above captioned cases, and that all notices given or required to be given and all papers served or required to be served, in this case be given to and served upon:

> Andrew J. Belli, Esquire
> COREN & RESS, P.C.
> Two Commerce Square
> 2001 Market Street, Suite 3900,
> Philadelphia, PA 19103
> abelli@kcr-law.com
> (215) 735-8700 – Telephone
> (215) 735-5170 – Facsimile

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier services, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (a) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estate, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the Trustee does not intend for this entry of appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right of the Trustee to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of the Trustee to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of the Trustee to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which the Trustee is or may be entitled.

                                          Respectfully submitted,

Dated: March 5, 2024                By: */s/ Andrew J. Belli*
                                                Andrew J. Belli, Esquire
                                                COREN & RESS, P.C.
                                                Two Commerce Square
                                                2001 Market Street, Suite 3900,

Philadelphia, PA 19103
abelli@kcr-law.com
(215) 735-8700 – Telephone
(215) 735-5170 – Facsimile
*Special Counsel to William A. Homony, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| **Stream TV Networks, Inc.,** *et al*. : | **Case No. 23-10763-MDC** |
| **Debtors.** : | **(Jointly Administered)** |
| : | |
| **STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,** : | **Adversary No. 23-00057 (MDC)** |
| **Plaintiffs,** : | |
| **v.** : | |
| **SHADRON L. STASTNEY,** *et al.*, : | |
| **Defendants.** : | |

**CERTIFICATE OF SERVICE**

I, Andrew J. Belli, Esquire, special counsel for William A. Homony, Chapter 11 Trustee, hereby certify that on March 5, 2024, a true and correct copy of the Notice of Appearance and Request for Service of Papers in the above captioned case was served electronically via the Court's CM/ECF system or First Class U.S. Mail upon the attached service list.

*/s/ Andrew J. Belli*
Andrew J. Belli, Esquire

4882-6798-0714 v1

## SERVICE LIST

VINCENT F. ALEXANDER on behalf of Debtor Technovative Media, Inc.
valexander@shutts.com

KEVIN P. CALLAHAN on behalf of U.S. Trustee United States Trustee
kevin.p.callahan@usdoj.gov

Steven Caponi on behalf of Creditor Hawk Investment Holdings Ltd.
steven.caponi@klgates.com, alyssa.domorod@klgates.com, kay.laplante@klgates.com

Steven Caponi on behalf of Defendant HAWK INVESTMENT HOLDINGS LIMITED
steven.caponi@klgates.com, alyssa.domorod@klgates.com, kay.laplante@klgates.com

Steven Caponi on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON
steven.caponi@klgates.com, alyssa.domorod@klgates.com, kay.laplante@klgates.com

ANDREW PETER DEMARCO on behalf of Rembrandt 3D Holding Ltd.
ademarco@devlinlawfirm.com, dlflitparas@devlinlawfirm.com

ANDREW PETER DEMARCO on behalf of Creditor Rembrandt 3D Holding Ltd.
ademarco@devlinlawfirm.com, dlflitparas@devlinlawfirm.com

KATHERINE M. FIX on behalf of Interested Party SLS Holdings VI, LLC
kfix@rc.com

NICHOLAS E HAKUN on behalf of Interested Party Ian R. Liston in his capacity as the state court appointed receiver pendente lite of the operations of Technovative Media, Inc.
nhakun@wsgr.com, nhakun@gmail.com

WILLIAM A. HOMONY
bhomony@mctllp.com

JENNIFER R. HOOVER on behalf of Interested Party IMG Media Limited
jhoover@beneschlaw.com, docket2@beneschlaw.com, lmolinaro@beneschlaw.com

JENNIFER R. HOOVER on behalf of Interested Party Trans World International, LLC
jhoover@beneschlaw.com, docket2@beneschlaw.com, lmolinaro@beneschlaw.com

Joseph Oliver Larkin on behalf of Defendant SeeCubic, Inc.
joseph.larkin@skadden.com, christopher.heaney@skadden.com, wendy.lamanna@skadden.com, andrea.bates@skadden.com, ecf-7f0a8f590dc1@ecf.pacerpro.com

Joseph Oliver Larkin on behalf of Interested Party SeeCubic, Inc.
joseph.larkin@skadden.com, christopher.heaney@skadden.com, wendy.lamanna@skadden.com, andrea.bates@skadden.com, ecf-7f0a8f590dc1@ecf.pacerpro.com

JOHN HENRY SCHANNE on behalf of U.S. Trustee United States Trustee
John.Schanne@usdoj.gov

PAMELA ELCHERT THURMOND on behalf of Creditor CITY OF PHILADELPHIA
pamela.thurmond@phila.gov, edelyne.jean-baptiste@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

MARGARET ANN VESPER on behalf of Creditor Shadron L. Stastney
vesperm@ballardspahr.com

MARGARET ANN VESPER on behalf of Defendant SHADRON L STASTNEY
vesperm@ballardspahr.com

MARGARET ANN VESPER on behalf of Interested Party Shadron L. Stastney
vesperm@ballardspahr.com

DAVIS LEE WRIGHT on behalf of Defendant SLS Holdings VI, LLC
dwright@rc.com

DAVIS LEE WRIGHT on behalf of Interested Party SLS Holdings VI, LLC
dwright@rc.com

RAFAEL X. ZAHRALDDIN on behalf of Debtor Stream TV Networks, Inc.
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Debtor Technovative Media, Inc.
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Defendant DELAWARE and OTHER LAW FIRMS representing and acting in concert with John Doe(s) and/or Jane Doe(s)
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Defendant INVESTMENT BANKS employed by John Doe(s) and/or Jane Doe(s)
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Defendant ALASTAIR CRAWFORD
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Defendant ASAF GOLA
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Defendant JANE DOE(S)
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Defendant JOHN DOE(S)
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Defendant KEVIN GOLLOP
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Defendant KRZYSZTOF KABACINSKI
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Defendant PATRIC THEUNE
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Plaintiff Stream TV Networks, Inc.
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

RAFAEL X. ZAHRALDDIN on behalf of Plaintiff Technovative Media, Inc.
Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com, lewisbrisbois@ecfalerts.com

MICHAEL D. VAGNONI on behalf of Trustee WILLIAM A. HOMONY
michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com, helen.belair@obermayer.com, coleen.schmidt@obermayer.com

4882-6798-0714 v1