United States Bankruptcy Court

Eastern District of Pennsylvania

Stream TV Networks, Inc.,
    Plaintiff

STASTNEY,
    Defendant

Adv. Proc. No. 23-00057-amc

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 10 2024 23:33:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW J. BELLI | on behalf of William A Homony abelli@kcr-law.com |
| ANDREW PETER DEMARCO | on behalf of Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com dlflitparas@devlinlawfirm.com |
| DAVIS LEE WRIGHT | on behalf of Defendant SLS Holdings VI LLC dwright@rc.com |
| Joseph Oliver Larkin | on behalf of Defendant SeeCubic Inc. joseph.larkin@skadden.com, christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.co |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

m

**MARGARET ANN VESPER**
on behalf of Defendant SHADRON L STASTNEY vesperm@ballardspahr.com

**MICHAEL D. VAGNONI**
on behalf of William A Homony michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

**RAFAEL X. ZAHRALDDIN**
on behalf of Plaintiff Technovative Media Inc. Rafael.Zahralddin@lewisbrisbois.com,
rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

**RAFAEL X. ZAHRALDDIN**
on behalf of Plaintiff Stream TV Networks Inc. Rafael.Zahralddin@lewisbrisbois.com,
rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

**STEVEN M. COREN**
on behalf of William A Homony scoren@kcr-law.com ccapra@kcr-law.com

**Steven Caponi**
on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON steven.caponi@klgates.com
alyssa.domorod@klgates.com;kay.laplante@klgates.com

**Steven Caponi**
on behalf of Defendant HAWK INVESTMENT HOLDINGS LIMITED steven.caponi@klgates.com
alyssa.domorod@klgates.com;kay.laplante@klgates.com

TOTAL: 11

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| **Stream TV Networks, Inc.,** *et al.* | : | |
| | : | Case No. 23-10763 |
| Debtors. | : | |
| | : | (Jointly Administered) |
| _____ | : | |
| | : | |
| **STREAM TV NETWORKS, INC. and TECHNOVATIVE MEDIA, INC.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **SHADRON L. STASTNEY,** *et al.*, | : | Adversary No. 23-00057 |
| Defendants. | : | |
| _____ | : | |

# O R D E R

AND NOW, on August 12, 2023, Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative," and together with Stream, the "Debtors" or the "Plaintiffs") initiated the above-captioned adversary proceeding (the "Adversary Proceeding").[1]

AND, on September 30, 2023, the Debtors filed an *Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction* (the "TRO Motion"), seeking an order enjoining certain actions by the Defendants (as defined in the TRO Motion).[2]

AND, the Court held evidentiary hearings on the TRO Motion over a four-day period on October 6, 2023, October 16, 2023, October 30, 2023, and November 27, 2023 (the "TRO Hearing").

AND, on January 4, 2024, the Court entered an order (the "TRO Order") granting the Debtors' request for a temporary restraining order ("TRO") and scheduling a final hearing.[3]

---

[1] Adv. Pro. Docket No. 1.
[2] Adv. Pro. Docket No. 30.
[3] Adv. Pro. Docket No. 119.

AND, on February 28, 2024, the Court entered an *Order Further Extending All Responsive Pleading Deadlines* which extended the TRO until May 10, 2024.[4]

AND, the final hearing on the TRO Motion has now been rescheduled to May 15, 2024 at 11:00 a.m.

It is hereby ORDERED that the TRO is EXTENDED through **May 15, 2024**, to coincide with the date of the final hearing.

Date: May 10, 2024

Ashely M. Chan
United States Bankruptcy Judge

---

[4] Adv. Pro. Docket No. 125.