Exhibit Email Correspondence Between Counsel   Page 1 of 7

# EXHIBIT A

**Leslie Beth Baskin**

---

| | |
|---|---|
| **From:** | Caponi, Steven L. <Steven.Caponi@klgates.com> |
| **Sent:** | Thursday, May 9, 2024 3:17 PM |
| **To:** | Leslie Beth Baskin; ntwallace@aol.com |
| **Cc:** | Christopher Michaels; Michael Vagnoni (michael.vagnoni@obermayer.com); George, Edmond M. Esq. (EXTERNAL); Eben P. Colby - Skadden, Arps, Slate, Meagher & Flom LLP (eben.colby@skadden.com); ademarco@devlinlawfirm.com; steve@rembrandt3d.com; Zahralddin, Rafael |
| **Subject:** | RE: TRO violation -- Meet and Confer conference |

{EXTERNAL EMAIL} This message originated outside of your organization.
Leslie:

Sorry for the delay, but I have been swamped with other matters. After looking at the issue more closely, I am not sure why we need a meet and confer, because I am not sure what issue[s] you are pressing. The below e-mail's refer to the current TRO Order and potential violations. But the current TRO Order was entered in response to a motion filed by the Debtors. It is up to the Debtors to determine whether they believe a violation occurred or needs to be addressed. The Debtors have not taken any action or voiced any concerns. The e-mails also suggest Rembrandt believes its technology may have been improperly used. But there is no pending motion or order defining or dealing with the use of Rembrandt's technology.

Can you please clarify why we need a meet and confer and what specifically it relates to. If Rembrandt is considering filing its own motion and would like to meet and confer on that topic, it would be helpful if you could share a draft of the motion so we can better understand your concerns.

Regards
SLC

**From:** Leslie Beth Baskin <lbaskin@sgrvlaw.com>
**Sent:** Thursday, May 9, 2024 11:58 AM
**To:** Caponi, Steven L. <Steven.Caponi@klgates.com>; ntwallace@aol.com
**Cc:** Christopher Michaels <michaels@bpmlegal.com>; Michael Vagnoni (michael.vagnoni@obermayer.com) <Michael.vagnoni@obermayer.com>; George, Edmond M. Esq. (EXTERNAL) <edmond.george@obermayer.com>; Eben P. Colby - Skadden, Arps, Slate, Meagher & Flom LLP (eben.colby@skadden.com) <eben.colby@skadden.com>; ademarco@devlinlawfirm.com; steve@rembrandt3d.com; Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Subject:** RE: TRO violation -- Meet and Confer conference

Good morning- all of your silence is deafening. Are you going to agree to have a "meet and confer" today or tomorrow regarding Chris Michaels and my emails? Please show the courtesy of a reply. Thanks,
Leslie

1

**Leslie Beth Baskin, Esquire**

## Spector Gadon Rosen Vinci P.C.

T +1 215-241-8926
F +1 215-531-9145
E lbaskin@sgrvlaw.com

www.sgrvlaw.com    1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**From:** Leslie Beth Baskin <lbaskin@sgrvlaw.com>
**Sent:** Wednesday, May 8, 2024 12:46 PM
**To:** Caponi, Steven L. <Steven.Caponi@klgates.com>; ntwallace@aol.com
**Cc:** Christopher Michaels <michaels@bpmlegal.com>; Michael Vagnoni (michael.vagnoni@obermayer.com) <Michael.vagnoni@obermayer.com>; George, Edmond M. Esq. (EXTERNAL) <edmond.george@obermayer.com>; Eben P. Colby - Skadden, Arps, Slate, Meagher & Flom LLP (eben.colby@skadden.com) <eben.colby@skadden.com>; ademarco@devlinlawfirm.com; steve@rembrandt3d.com; Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Subject:** RE: TRO violation -- Meet and Confer conference

Mr. Caponi- based upon the email from Mr. Michaels and my joinder to his request below, we had hoped to schedule a conference call by now regarding upcoming events in this matter and the May 15 hearing. You were kind enough to reply, but only a few others to whom the email was sent have replied, which I find troublesome.

I have just spoken with Mr. Michaels and he has authorized me to re-state the need for such a call on a relatively immediate basis. Therefore, if all would reply to this email with dates and times of availability for this week, that would be appreciated. If not, a request will be made to the Court on Monday requesting a continuance of the May 15 hearing and outlining the exact reasons for such a request. I look forward to hearing from all of you. Thank you, Leslie

**Leslie Beth Baskin, Esquire**

## Spector Gadon Rosen Vinci P.C.

T +1 215-241-8926
F +1 215-531-9145
E lbaskin@sgrvlaw.com

www.sgrvlaw.com    1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**From:** Caponi, Steven L. <Steven.Caponi@klgates.com>
**Sent:** Tuesday, May 7, 2024 2:00 PM
**To:** ntwallace@aol.com
**Cc:** Leslie Beth Baskin <lbaskin@sgrvlaw.com>; Christopher Michaels <michaels@bpmlegal.com>; Michael Vagnoni (michael.vagnoni@obermayer.com) <Michael.vagnoni@obermayer.com>; George, Edmond M. Esq. (EXTERNAL) <edmond.george@obermayer.com>; Eben P. Colby - Skadden, Arps, Slate, Meagher & Flom LLP (eben.colby@skadden.com) <eben.colby@skadden.com>; ademarco@devlinlawfirm.com; steve@rembrandt3d.com; Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Subject:** Re: TRO violation

{EXTERNAL EMAIL} This message originated outside of your organization.
Not today.
**Steven L. Caponi | K&L Gates**
600 N. King St., Suite 900
Wilmington, Delaware 19801
Phone: 302-416-7080
Email steven.caponi@klgates.com

> On May 7, 2024, at 11:08 AM, ntwallace@aol.com wrote:
>
> Are we still on for 3 pm call?  Neil Wallace
>
> Sent from the all new AOL app for Android
>
> On Tue, May 7, 2024 at 9:25 AM, Leslie Beth Baskin <lbaskin@sgrvlaw.com> wrote:
>
>> VSI supports the approach suggested by Mr. Michaels in his below email. Kindly reply and advise as to your position. It will help if we can have our first discussion before Judge Chan on a somewhat cooperative basis. We need to iron how we proceed for the May 15 currently scheduled hearing, probable objections to retention of Capstone, timing of discovery, etc.
>>
>> Further you should all know that I will be going on a long-time planed family vacations to Italy from June 24-July 6 and will be totally unavailable then . Kindly let us know. Thanks, Leslie

3



Leslie Beth Baskin, Esquire
**Spector Gadon Rosen Vinci P.C.**
T +1 215-241-8926
F +1 215-531-9145
E lbaskin@sgrvlaw.com

www.sgrvlaw.com    1635 Market Street, 7th Floor, Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**From:** Christopher Michaels <michaels@bpmlegal.com>
**Sent:** Monday, May 6, 2024 5:08 PM
**To:** Michael Vagnoni (michael.vagnoni@obermayer.com) <Michael.vagnoni@obermayer.com>; George, Edmond <Edmond.George@obermayer.com>
**Cc:** Eben P. Colby - Skadden, Arps, Slate, Meagher & Flom LLP (eben.colby@skadden.com) <eben.colby@skadden.com>; steven.caponi@klgates.com; ademarco@devlinlawfirm.com; ntwallace@aol.com; steve@rembrandt3d.com; Leslie Beth Baskin <lbaskin@sgrvlaw.com>; Zahralddin, Rafael <Rafael.Zahralddin@lewisbrisbois.com>
**Subject:** FW: TRO violation

{EXTERNAL EMAIL} This message originated outside of your organization.

Michael and George:

I have attached an email from Mathu Rajan alleging an upcoming meeting utilizing technology protected by the current TRO. Do you know anything about SeeCubic violating the TRO by showing prototypes that should belong to Stream?

We also note that the latest monthly statements included a reference to payments to Philips. I assume this was for product royalties related to product covered by the Philips license. To our knowledge, every product made by Stream or its subsidiaries that needs a

4

Philips license has also utilized Rembrandt technology. What products were covered by this Philips payments? When were they made and transferred? Who authorized and made the transfer of products that precipitated payment of the fees to Philips? Why was a license fee paid to Philips but none of Rembrandt license fees paid?

I have copied Eben Colby and Steve Caponi and I am requesting a phone conference to discuss the situation and consent to expedited discovery to provide documents and/or testimony to understand what if any technology has been demonstrated. I am open for such a call tomorrow after 3:00pm or anytime Wednesday.

Obviously, our first concern is whether Rembrandt's technology was utilized, but as a creditor, we are also concerned whether any of the assets of the estate were used outside the estate.

If we can not reach an agreement on the nature of discovery, we will ask for a conference with the judge to seek expedited discovery before the upcoming hearing on the TRO.

To that end, we demand of all parties that all documents, texts, emails, and records of all phone calls, WhatsApp texts, communications of any sort related to use of technology covered by the TRO and/or owned by Stream or its subsidiaries be preserved. Specifically, we request that if any meetings are to take place that those meetings be recorded and that the names and contact information of all those in attendance (whether in person or remotely) be collected and retained. We will use any failure to do so as evidence of your knowledge that your activities violate the existing TRO and the IP rights of Rembrandt.

I look forward to hearing from you.

Chris

**Christopher A. Michaels**
*Registered Patent Attorney*
*Chief Executive Officer*

5

Email: michaels@bpmlegal.com

Direct Dial: 607-203-9470

Confidentiality Note: This email may contain confidential information that is subject to attorney-client privilege. If you received this email in error, please delete all message content from your system and notify sender.

**From:** Mathu Rajan <mathu.rajan@visualsemi.com>
**Sent:** Monday, May 6, 2024 3:27 PM
**To:** bud.robertson@visualsemi.com; Christopher Michaels <michaels@bpmlegal.com>
**Cc:** ntwallace@aol.com; nicole.maneen@visualsemi.com; ademarco@devlinlawfirm.com; steve@rembrandt3d.com
**Subject:** TRO violation

Dear Chris:

It has come to our attention that SeeCubic, Inc. ("SCI") continues to act in violation of the temporary restraining order issued by the bankruptcy court on January 5, 2024 (Adversary Docket No. 119). Recent demonstrations of Glasses-Free 3D technology have been made by SCI to its investors in London, and more are scheduled in Jersey, UK tomorrow Tuesday, May 7, 2024 in defiance of the court order. This is being done in an attempt to raise funds that SCI intends to use for a settlement with Stream TV that will have a negative impact on creditors like Rembrandt 3D. As you know, this is a pattern of behavior by SCI that you have observed consistently since the Delaware Supreme Court struck down the Omnibus Agreement and ordered the reversal of its effects nearly two years ago. SCI continues to damage Stream TV and its creditors by operating in the shadows overseas where it believes its activities will go unnoticed and without consequence.

Thanks,

Mathu

Sent from my iPhone