# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** <br><br> **Stream TV Networks, Inc.,** <br><br> Debtor. | **Chapter 11** <br><br> **Case No. 23-10763-AMC** |
| **In re:** <br><br> **Technovative Media, Inc.,** <br><br> Debtor. | **Chapter 11** <br><br> **Case No. 23-10764-AMC** <br><br> *(Jointly Administered)* |
| **Stream TV Networks, Inc. and Technovative Media, Inc.** <br><br> Plaintiffs, <br><br> v. <br><br> **Shadron L. Stastney, SLS Holdings VI, LLC, Hawk Investment Holdings Limited, Artur Leonard Robert "Bob" Morton, SeeCubic, Inc., Alastair Crawford, Krzysztof Kabacinski, Kevin Gollop, Asaf Gola, John Doe(s), Jane Doe(s), Delaware and Other Law Firms representing and acting in concert with John Doe(s) and/or Jane Doe(s), Investment Banks employed by John Doe(s) and/or Jane Doe(s), Patric Theune, and SeeCubic B.V.,** <br><br> Defendants. | **Adv. Case No. 23-00057 (MDC)** |

## ORDER

Upon the Motion of Visual Semiconductor, Inc. Requesting a Status Conference to Discuss the Rescheduling of Certain Hearings ("Motion") and Request for Expedited Consideration Thereof

("Emergency Request") and after the required notice by Visual Semiconductor, Inc. to counsel to creditors and parties in interest of the request, it is hereby ORDERED that:

1. The Emergency Request is GRANTED;

2. A hearing on the Motion will be scheduled for **June 5, 2024 at 11 a.m.** ("Hearing") in Courtroom #4, 900 Market Street Philadelphia, PA 19107.

    Any objections to the Motion shall be filed on or before **May 29, 2024**. At the Hearing, the Court will initially consider whether any of the relief requested in the Motion should be granted and will then determine, if appropriate, the other motions filed in this case at that time.

3. This Order and underlying Motion shall be <u>served via email to the interested parties and</u> via the Court's electronic filing system.

_____
**Ashely M. Chan**
**U.S. Bankruptcy Judge**