United States Bankruptcy Court

Eastern District of Pennsylvania

Stream TV Networks, Inc.,
    Plaintiff

STASTNEY,
    Defendant

Adv. Proc. No. 23-00057-amc

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 17 2024 23:53:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW J. BELLI | on behalf of William A Homony abelli@kcr-law.com |
| ANDREW PETER DEMARCO | on behalf of Rembrandt 3D Holding Ltd. ademarco@devlinlawfirm.com dlflitparas@devlinlawfirm.com |
| DAVIS LEE WRIGHT | on behalf of Defendant SLS Holdings VI LLC dwright@rc.com |
| Joseph Oliver Larkin | on behalf of Defendant SeeCubic Inc. joseph.larkin@skadden.com, christopher.heaney@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.co |

District/off: 0313-2                                                    User: admin                                                  Page 2 of 2
Date Rcvd: May 17, 2024                                Form ID: pdf900                                        Total Noticed: 1

m

**LESLIE BETH BASKIN**
on behalf of Debtor In Possession Visual Semiconductor Inc. lbaskin@sgrvlaw.com, klove@sgrvlaw.com

**MARGARET ANN VESPER**
on behalf of Defendant SHADRON L STASTNEY vesperm@ballardspahr.com

**MICHAEL D. VAGNONI**
on behalf of William A Homony michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

**RAFAEL X. ZAHRALDDIN**
on behalf of Plaintiff Technovative Media Inc. Rafael.Zahralddin@lewisbrisbois.com,
rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

**RAFAEL X. ZAHRALDDIN**
on behalf of Plaintiff Stream TV Networks Inc. Rafael.Zahralddin@lewisbrisbois.com,
rafael-zahralddin-4117@ecf.pacerpro.com;lewisbrisbois@ecfalerts.com

**STEVEN M. COREN**
on behalf of William A Homony scoren@kcr-law.com ccapra@kcr-law.com

Steven Caponi
on behalf of Defendant HAWK INVESTMENT HOLDINGS LIMITED steven.caponi@klgates.com
alyssa.domorod@klgates.com;kay.laplante@klgates.com

Steven Caponi
on behalf of Defendant ARTHUR LEONARD ROBERT "BOB" MORTON steven.caponi@klgates.com
alyssa.domorod@klgates.com;kay.laplante@klgates.com

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** <br><br> **Stream TV Networks, Inc.,** <br><br> Debtor. | **Chapter 11** <br><br> **Case No. 23-10763-AMC** |
| **In re:** <br><br> **Technovative Media, Inc.,** <br><br> Debtor. | **Chapter 11** <br><br> **Case No. 23-10764-AMC** <br><br> *(Jointly Administered)* |
| **Stream TV Networks, Inc. and Technovative Media, Inc.** <br> **Plaintiffs,** <br><br> v. <br><br> **Shadron L. Stastney, SLS Holdings VI, LLC, Hawk Investment Holdings Limited, Artur Leonard Robert "Bob" Morton, SeeCubic, Inc., Alastair Crawford, Krzysztof Kabacinski, Kevin Gollop, Asaf Gola, John Doe(s), Jane Doe(s), Delaware and Other Law Firms representing and acting in concert with John Doe(s) and/or Jane Doe(s), Investment Banks employed by John Doe(s) and/or Jane Doe(s), Patric Theune, and SeeCubic B.V.,** <br> **Defendants.** | **Adv. Case No. 23-00057 (MDC)** |

**<u>ORDER</u>**

Upon the Motion of Visual Semiconductor, Inc. Requesting a Status Conference to Discuss the Rescheduling of Certain Hearings ("Motion") and Request for Expedited Consideration Thereof

("Emergency Request") and after the required notice by Visual Semiconductor, Inc. to counsel to creditors and parties in interest of the request, it is hereby ORDERED that:

1. The Emergency Request is GRANTED;

2. A hearing on the Motion will be scheduled for **June 5, 2024 at 11 a.m.** ("Hearing") in Courtroom #4, 900 Market Street Philadelphia, PA 19107.

    Any objections to the Motion shall be filed on or before **May 29, 2024**. At the Hearing, the Court will initially consider whether any of the relief requested in the Motion should be granted and will then determine, if appropriate, the other motions filed in this case at that time.

3. This Order and underlying Motion shall be <u>served via email to the interested parties and</u> via the Court's electronic filing system.

_____
**Ashely M. Chan**
**U.S. Bankruptcy Judge**