# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Chapter 11** |
| **Stream TV Networks, Inc.,** *et al.* : | |
| : | **Case No. 23-10763** |
| Debtors. : | |
| : | **(Jointly Administered)** |
| _____ : | |
| : | |
| **STREAM TV NETWORKS, INC. and** : | |
| **TECHNOVATIVE MEDIA, INC.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| **SHADRON L. STASTNEY,** *et al.*, : | |
| : | **Adversary No. 23-00057** |
| Defendants. : | |
| _____ : | |

# **O R D E R**

AND NOW, on August 12, 2023, Stream TV Networks, Inc. ("Stream") and Technovative Media, Inc. ("Technovative," and together with Stream, the "Debtors" or the "Plaintiffs") initiated the above-captioned adversary proceeding (the "Adversary Proceeding").[1]

AND, on September 30, 2023, the Debtors filed an *Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction* (the "TRO Motion"), seeking an order enjoining certain actions by the Defendants (as defined in the TRO Motion).[2]

AND, the Court held evidentiary hearings on the TRO Motion over a four-day period on October 6, 2023, October 16, 2023, October 30, 2023, and November 27, 2023 (the "TRO Hearing").

AND, on January 4, 2024, the Court entered an order (the "TRO Order") granting the Debtor's request for a temporary restraining order ("TRO") and scheduling a final hearing.[3]

---

[1] Adv. Pro. Docket No. 1.
[2] Adv. Pro. Docket No. 30.
[3] Adv. Pro. Docket No. 119.

AND, on February 28, 2024, the Court entered an *Order Further Extending All Responsive Pleading Deadlines* which extended the TRO until May 10, 2024.[4]

AND, on May 10, 2024, the Court entered an Order which extended the TRO until May 15, 2024.[5]

AND, on May 15, 2024, the Court entered an Order which extended the TRO until June 5, 2024.[6]

AND, the final hearing on the TRO Motion is being continued to a date yet to be determined.

It is hereby ORDERED that the TRO is EXTENDED through **July 31, 2024**.

Date: June 5, 2024

_____

Ashely M. Chan

United States Bankruptcy Judge

---

[4] Adv. Pro. Docket No. 125.
[5] Adv. Pro. Docket No. 133.
[6] Adv. Pro. Docket No. 137.